THE STATE OF OHIO, APPELLANT, *v*. GRAY, APPELLEE.

[Cite as *State v. Gray* (1998), 84 Ohio St.3d 214.]

*Certification of conflict accepted — Criminal procedure — Classification as sexual predator — Court of appeals' judgment reversed and trial court's finding that defendant is a sexual predator reinstated on authority of State v. Cook.*

(No. 98-2159 — Submitted November 10, 1998 — Decided December 30, 1998.)

CERTIFIED by the Court of Appeals for Ottawa County, No. 97-OT-057.

————————————

*Mark E. Mulligan*, Ottawa County Prosecuting Attorney, and *Paul Skaff*, Assistant Prosecuting Attorney, for appellant.

————————————

The certification of conflict by the Court of Appeals for Ottawa County is accepted.

The judgment of the court of appeals is reversed on the authority of *State v. Cook* (1998), 83 Ohio St.3d 404, 700 N.E.2d 570.

The trial court's finding that Daniel Gray is a sexual predator is reinstated.

MOYER, C.J., DOUGLAS, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

RESNICK, J., not participating.